UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.   Case Nos.:   3:15cr7/RV/CJK
           3:16cv27RV/CJK

JIMMIE A. McCORVEY,
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 9, 2016 (doc. 179). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

Case Nos.: 3:15cr7/RV/CJK; 3:16cv27/RV/CJK

2. Defendant's Motion to Vacate, Set Aside or Correct Sentence is **GRANTED** to the extent Mr. McCorvey will be allowed reinstatement of his appeal or, alternatively, a belated appeal.

3. The *ore tenus* motion of Attorney Kenneth Williams is granted and Mr. Williams may withdraw as counsel of record with no further responsibility in this cause.

4. The Federal Public Defender is appointed to represent Mr. McCorvey for appeal, with the understanding that CJA counsel Ron Johnson will continue to represent Mr. McCorvey.

5. The clerk of this court shall provide a copy of this order to the Eleventh Circuit Court of Appeals referencing the now closed Eleventh Circuit case number, 15-13383-D.

DONE AND ORDERED this 7th day of July, 2016.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Case Nos.: 3:15cr7/RV/CJK; 3:16cv27/RV/CJK