UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 3:15cr7/RV/CJK
 3:18cv1536/RV/CJK

JIMMIE A. McCORVEY,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 20, 2018 (doc. 220). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Government has filed a response (doc. 223) to the Report and Recommendation.

Having considered the Report and Recommendation, and the timely-filed response thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (ECF No. 215) is **GRANTED**, and this matter shall be set for re-sentencing.

DONE AND ORDERED this 2nd day of January, 2019.

      /s/ *Roger Vinson*
      **ROGER VINSON**
      **SENIOR UNITED STATES DISTRICT JUDGE**